## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Rebecca Castillo
                           Plaintiff,

v.
                                             Case No.: 1:17–cv–09317
                                             Honorable Sharon Johnson Coleman

Euromarket Designs, Inc.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 18, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing set for 1/26/2018 at 9:00 AM. Plaintiff is directed to advise the defendant of the status hearing forthwith. The parties are directed to meet and discuss the status of the case. The parties are to file a joint status report in the format described on the court's website at www.ilnd.uscourts.gov at least 3 business days prior to the status. The parties are directed to discuss settlement, and whether they consent to proceed before the Magistrate Judge. The Court encourages the parties to review this court's website for its standing orders prior to contacting chambers. In the event that the defendant files a motion under Federal Rule of Civil Procedure 12(b), the defendant is granted leave to notice that motion for presentment at the date and time of the status hearing. The parties are reminded that responsive pleadings must comply with section A(3) of this Court's Standing Order Regarding the Mandatory Initial Discovery Pilot Project. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.