IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| REBECCA CASTILLO, an individual, | * * * * * * * | |
| Plaintiff, | * | |
| | * | Case No.: 1:17-cv-9317 |
| v. | * * | |
| EUROMARKET DESIGNS, INC., D/B/A CRATE & BARREL, | * * | Judge Sharon Johnson Coleman |
| | * | Mag. Judge M. David Weisman |
| Defendant. | * * * | |

DEFENDANT'S MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Euromarket Designs, Inc., d/b/a Crate & Barrel ("Defendant"), through its undersigned attorneys, respectfully moves this Court for a 30-day extension of time to answer or otherwise plead in response to the Complaint filed by Rebecca Castillo ("Plaintiff"). In support of its Motion, Defendant states as follows:

1. On December 28, 2017 Plaintiff filed the Complaint in this matter (*See* Dkt. No. 1.) Defendant was served on January 3, 2018 and is therefore due to answer or otherwise plead in response to the Complaint on January 24, 2018.

2. The parties are engaged in good-faith discussions to resolve the case and thereby avoid the need for any further proceedings.

3. A 30-day extension would enable the parties to avoid the costs attendant to the response and instead focus on resolution of the case.

DB1/ 95275988.1

4. This is the first request for an extension of Defendant's time to file a responsive pleading.

5. Counsel for Plaintiff consents to this request.

WHEREFORE, for good cause shown, Defendant respectfully requests that the Court grant its request for a 30-day extension of time to answer or otherwise plead, from the current due date of Wednesday, January 24, 2018 to and including Friday, February 23, 2018.

Dated: January 18, 2018

Respectfully submitted,

*/s/ Allison N. Powers*
Allison N. Powers
MORGAN, LEWIS & BOCKIUS, LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
allison.powers@morganlewis.com
Tel: 312.324.1000
Fax: 312.324.1001

Douglas T. Schwarz (*Pro Hac forthcoming*)
MORGAN, LEWIS & BOCKIUS, LLP
101 Park Avenue |
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
douglas.schwarz@morganlewis.com

*Attorneys for Defendant Euromarket Designs, Inc., d/b/a Crate & Barrel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ *Allison N. Powers*
Allison N. Powers

*One of the attorneys for Defendant Euromarket Designs, Inc., d/b/a Crate & Barrel*

DB1/ 95275988.1