IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **REBECCA CASTILLO, an individual,** | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No.: 1:17-cv-9317 |
| **EUROMARKET DESIGNS, INC., D/B/A CRATE & BARREL,** | * * | Judge Sharon Johnson Coleman |
| Defendant. | * * * * | Mag. Judge M. David Weisman |

0

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on Tuesday, January 23, 2018 at 8:45 a.m., or as soon thereafter as counsel may be heard, the undersigned and/or another attorney of record shall appear before the Honorable Judge Sharon Johnson Coleman or any other Judge sitting in her place in the courtroom usually occupied by her in Room 1425 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Uncontested Motion For Extension of Time For Defendant To Answer or Otherwise Respond To Plaintiff's Complaint.

Dated: January 18, 2018

Respectfully submitted,

*/s/ Allison N. Powers*
Allison N. Powers
MORGAN, LEWIS & BOCKIUS, LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Allison.powers@morganlewis.com
Tel: 312.324.1000
Fax: 312.324.1001

        Douglas T. Schwarz (*Pro Hac Vice forthcoming*)
        MORGAN, LEWIS & BOCKIUS, LLP
        101 Park Avenue |
        New York, NY 10178
        Tel:  212.309.6000
        Fax: 212.309.6001
        douglas.schwarz@morganlewis.com

        *Attorneys for Defendant Euromarket Designs,*
        *Inc., d/b/a Crate & Barrel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of the Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s/ *Allison N. Powers*
Allison N. Powers

*One of the attorneys for Defendant Euromarket Designs, Inc., d/b/a Crate & Barrel*

DB1/ 95276880.1