## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Rebecca Castillo

                       Plaintiff,

v.                                          Case No.: 1:17–cv–09317
                                                      Honorable Sharon Johnson Coleman

Euromarket Designs, Inc.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 23, 2018:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 1/23/2018. Defendant's motion for extension of time to file answer [10] is entered and continued. Status hearing set for 1/31/2018 at 09:00 AM. If the case has not been resolved prior to the next date the Court will set a responsive pleading deadline. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.