# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Rebecca Castillo

                Plaintiff,

v.                               Case No.: 1:17–cv–09317
                                            Honorable Sharon Johnson Coleman

Euromarket Designs, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 30, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the parties' representation that a settlement in principle has been reached, this case is dismissed without prejudice for 45 days. If a motion to reinstate is not filed within 45 days, the dismissal will automatically convert to one with prejudice. Status hearing set for 1/31/2018 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.